912

No. 78–6456. THACKER v. ISON, FORESTRY CAMP SUPER-INTENDENT; and

No. 78–6502. THACKER v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. 

No. 78–6489. SAM v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 78–6490. MAXEY ET AL. v. MORRIS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 78–6491. MYERS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. 

No. 78–6497. RINEHART v. DURHAM COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied. 

No. 78–6503. LOCKETT v. DIRECTOR, DEPARTMENT OF CORRECTIONS OF ILLINOIS. C. A. 7th Cir. Certiorari denied. 

No. 78–6504. HOLSEY v. INMATE GRIEVANCE COMMISSION. Ct. Sp. App. Md. Certiorari denied.

No. 78–6508. DENNIS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 78–6515. DALLAS v. HILTON, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–6526. DRAGON v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 78–6557. DINKE v. RIGGS NATIONAL BANK OF WASHINGTON, D. C. C. A. D. C. Cir. Certiorari denied.